**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-6251**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    versus

SHONTAYNE DWAYNE PITTMAN, a/k/a Light, a/k/a
Wayne,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. James C. Fox, District Judge. (CR-97-5, CA-98-113-4-F)

_____

Submitted: May 25, 1999           Decided: May 28, 1999

_____

Before ERVIN, WILKINS, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Shontayne Dwayne Pittman, Appellant Pro Se. Robert Edward Skiver, Assistant United States Attorney, Cynthia Elaine Tompkins, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Shontayne Dwayne Pittman seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Pittman, Nos. CR-97-5; CA-98-113-4-F (E.D.N.C. Jan. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED